CLOSED FO4        CASE REGISTER OF ACTIONS                      PAGE    1
09-014329-FC JUDGE PICKARD       FILE 08/05/09  ADJ DT 10/28/09 CLOSE  12/10/09
           LENAWEE COUNTY                               SCAO:SEC B LINE 01

D 001 SHAYKIN,MARK,RONALD              DOB: 01/28/64    SEX: M  RACE:
      1622 SPIEBUSH AVE                CTN:460800254901 TCN:
      TOLEDO, OH   43624               SID:        PIN:07007081
                                       DLN:XXXXXXXXXXXXX ST:XX
      ATY: ARCHER,WILLIAM H.,          PROSECUTOR: LENAWEE PROSECUTORS OFC
          P-38166  517-244-1876 APPOINTED        P-00009
      LOWER DISTRICT:  0210 CTY# 46  CASE# 090411    PRELIM: HELD  07/29/09
      INCARCERATION DATE: 01/28/09  DISTRICT ARRAIGNMENT:   01/28/09


                            Bond History

| Num | Amount | Type | Posted Date | Status |
| --- | --- | --- | --- | --- |
| 1 | $800,000.00 | Cash/Surety | | |

                              Charges

| Num | Type | Charge(Pacc) | Asc/Trf | Charge Description | Offense Dt | Dsp | Evt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01 | ORG | 750.157A | C | CONSPIRACY | 05/13/07 | FNG | JTH |
| 02 | ORG | 750.157B2 | | HOMICIDE - SOLICITATION O | 05/13/07 | FNG | JTH |
| 03 | ORG | 750.157B2 | | HOMICIDE - SOLICITATION O | 05/13/07 | FNG | JTH |
| 04 | ORG | 752.7973F | | COMPUTERS USED FOR CRIME | 05/13/07 | FNG | JTH |
| 05 | ORG | 750.349B | C | UNLAWFUL IMPRISONMENT | 05/13/07 | GTY | JTH |
| 06 | ORG | 750.349B | S | UNLAWFUL IMPRISONMENT | 05/13/07 | GTY | JTH |
| 07 | ORG | 750.349B | S | UNLAWFUL IMPRISONMENT | 05/13/07 | GTY | JTH |
| 08 | ORG | 752.7973E | | COMP.-USE TO DO CRIME-MAX | 05/13/07 | GTY | JTH |
| | HAB | 769.12 | | HABITUAL OFFENDER 4TH CON | | | |

                            Assessments

| Account | Ordered | Paid | Balance |
| --- | --- | --- | --- |
| STATE MINIMUM COSTS | $272.00 | $165.00 | $107.00 |
| CRIME VICTIM RIGHTS | $60.00 | $60.00 | $.00 |
| TOTAL: | $332.00 | $225.00 | $107.00 |

      PAYMENT DUE:  4/12/10     LATE FEE DATE:  6/08/10

                   Actions, Judgments, Case Notes

| Num | Date | Judge | Chg/Pty | Event Description/Comments | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 07/29/09 | PICKARD | | RETURN TO CIRCUIT COURT | CLK | KLD |
| | | | | SET NEXT DATE FOR: 08/05/09  8:15 AM | CLK | |
| | | | | ARRAIGNMENT | | |
| 2 | | | | ORDER REGARDING CONDITIONS | CLK | KLD |
| | | | | FILED - EXP: 07-28-2009. | CLK | |
| 3 | 08/05/09 | NOE | 00099 | ARRAIGNMENT | CRT | PJS |
| | | | | ATTORNEY PRESENT: JAMESON | CRT | |
| | | | | STOOD MUTE | CRT | |
| | | | | ARR BY NOE: Def present from | CRT | |
| | | | | jail w/R Jameson; Information | CRT | |
| | | | | read by Pros Leon; Def stood | CRT | |

Appendix D

Case 2:14-cv-13399-LJM-DRG   ECF No. 8-5, PageID.252   Filed 03/05/15   Page 2 of 8

------------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| | | | mute to all cts; PT 8/12/09 | CRT |
| | | | before Pickard; bail contd. | CRT |
| | | | Ast Pros Leon | CRT |
| | | | CER-3118 P SZYMANSKI | CRT |
| 4 | | 00099 | SET NEXT DATE FOR: 08/12/09  8:30 AM | CLK PJS |
| | | | PRE-TRIAL HEARING | |
| 5 | | PICKARD | BOND CONDITIONS | CLK KLD |
| | | | ORDER REGARDING CONDITIONS | CLK |
| | | | FILED - EXP: 2-05-2010. | CLK |
| 6 | | | INFORMATION | CLK DDH |
| 7 | | | PRE-SENTENCE COMMITMENT FILED- | CLK DDH |
| | | | BOND CONT. | CLK |
| 8 | | | ORDER FOR TRANSCRIPT OF PRE- | CLK DDH |
| | | | LIMINARY EXAM GRT & FILED. | CLK |
| 9 | | | CRIMINAL PRE-TRIAL NTC & ORDER | CLK DDH |
| | | | & POS FILED. | CLK |
| 10 | 08/12/09 | | AMENDED PRE-SENTENCE COMMIT- | CLK DDH |
| | | | MENT FILED-BOND CONT. | CLK |
| 11 | | | SET NEXT DATE FOR: 10/21/09  8:30 AM | CLK DDH |
| | | | PRE-TRIAL HEARING | |
| | | | CRIMINAL PRE-TRIAL/TRIAL NTC | CLK |
| | | | & ORDER GRT & FILED. | CLK |
| 12 | | | SET NEXT DATE FOR: 10/27/09  9:00 AM | CLK DDH |
| | | | JURY TRIAL | |
| 13 | | | PRE-TRIAL HEARING | CRT BAM |
| | | | ATTORNEY PRESENT: JAMESON | CRT |
| 14 | | | SET NEXT DATE FOR: 10/21/09  8:30 AM | CLK BAM |
| | | | PRE-TRIAL HEARING | |
| 15 | | | PRE-TRIAL HEARING | CRT BAM |
| | | | ATTORNEY PRESENT: JAMESON | CRT |
| 16 | | | SET NEXT DATE FOR: 10/27/09  9:00 AM | CLK BAM |
| | | | JURY TRIAL | |
| | | | (PRIMARY) (3 DAYS) | CLK |
| 17 | 08/13/09 | | DEFT'S FIRST DEMAND FOR DIS- | CLK DDH |
| | | | COVERY, PRESERVATION OF | CLK |
| | | | EVIDENCE & CERTIFICATE OF | CLK |
| | | | SERVICE FILED. | CLK |
| 18 | | | PROSECUTION'S REQUEST FOR | CLK DDH |
| | | | DISCOVERY & POS FILED. | CLK |
| 19 | 08/21/09 | | SET NEXT DATE FOR: 09/21/09 10:30 AM | CLK DDH |
| | | | MOTION HEARING | |
| | | | MOTION TO STRIKE PLEADINGS, | CLK |
| | | | NTC OF HRG & CERTIFICATE OF | CLK |
| | | | SERVICE FILED. | CLK |
| 20 | | | MOTION TO QUASH BINDOVER & FOR | CLK DDH |
| | | | DISMISSAL, NTC OF HRG & CERTI- | CLK |
| | | | FICATE OF SERVICE FILED. | CLK |
| 21 | | | MOTION FOR A BILL OF | CLK DDH |
| | | | PARTICULARS, NTC OF HRG & | CLK |
| | | | CERTIFICATE OF SERVICE FILED. | CLK |
| 22 | 08/24/09 | | MOTION TO DISMISS CASE FOR DUE | CLK KLD |
| | | | PROCESS VIOLATION AND PROOF OF | CLK |
| | | | SERVICE FILED BY THE DEFENDANT | CLK |
| 23 | 08/25/09 | | LETTER FROM KRISTI TO ATTY | CLK DDH |
| | | | JAMESON FILED. | CLK |
| 24 | 08/27/09 | | REQUEST FOR ATTENDANCE OF OUT- | CLK DDH |
| | | | OF-STATE WITNESS, CERTIFICATE | CLK |

09-014329-FC JUDGE PICKARD       FILE 08/05/09  ADJ DT 10/28/09 CLOSE  12/10/09

------------------------------------------------------------------------------

|    |          |                                      |     |     |
|----|----------|--------------------------------------|-----|-----|
|    |          | OF LENAWEE CO CIRCUIT JUDGE &        | CLK |     |
|    |          | CERTIFICATE OF COUNTY CLERK          | CLK |     |
|    |          | GRT & FILED.                         | CLK |     |
| 34 | 08/28/09 | ANSWER TO DEFT'S MTN TO STRIKE       | CLK | DDH |
|    |          | PLEADINGS & POS FILED.               | CLK |     |
| 35 |          | ANSWER TO DEFT'S MTN FOR A           | CLK | DDH |
|    |          | BILL OF PARTICULARS & POS            | CLK |     |
|    |          | FILED.                               | CLK |     |
| 36 |          | ANSWER TO DEFT'S MTN TO QUASH        | CLK | DDH |
|    |          | BINDOVER & FOR DISMISSAL OF          | CLK |     |
|    |          | CHARGES & POS FILED.                 | CLK |     |
| 25 | 09/14/09 | REQUEST FOR ATTENDANCE OF OUT-       | CLK | DDH |
|    |          | OF-STATE WITNESS (DET. WILLIE        | CLK |     |
|    |          | JOHNSON), CERTIFICATE OF             | CLK |     |
|    |          | LENAWEE CO CIRCUIT COURT JUDGE       | CLK |     |
|    |          | & CERTIFICATE OF LENAWEE CO          | CLK |     |
|    |          | CLERK GRT & FILED.                   | CLK |     |
| 26 |          | REQUEST FOR ATTENDANCE OF OUT-       | CLK | DDH |
|    |          | OF-STATE WITNESS (JOSHUA ALAN        | CLK |     |
|    |          | SNODERLY), CERTIFICATE OF            | CLK |     |
|    |          | LENAWEE CO CIRCUIT COURT JUDGE       | CLK |     |
|    |          | & CERTIFICATE OF LENAWEE CO          | CLK |     |
|    |          | CLERK GRT & FILED.                   | CLK |     |
| 27 |          | REQUEST FOR ATTENDANCE OF OUT-       | CLK | DDH |
|    |          | OF-STATE WITNESS (ASHLEY            | CLK |     |
|    |          | NICOLE CLARK), CERTIFICATE OF        | CLK |     |
|    |          | LENAWEE CO CIRCUIT COURT JUDGE       | CLK |     |
|    |          | & CERTIFICATE OF LENAWEE CO          | CLK |     |
|    |          | CLERK GRT & FILED.                   | CLK |     |
| 28 |          | TRANSCRIPT OF PRELIMINARY EXAM       | CLK | DDH |
|    |          | HELD ON 7/29/09 FILED.               | CLK |     |
| 29 | 09/15/09 | MTN FOR DISCOVERY OF OFFICERS        | CLK | DDH |
|    |          | NOTES, NTC OF HRG & POS FILED.       | CLK |     |
| 30 |          | MOTION FOR APPOINTMENT OF            | CLK | DDH |
|    |          | INVESTIGATOR, NTC OF HRG &           | CLK |     |
|    |          | POS FILED.                           | CLK |     |
| 31 |          | MTN FOR DISCOVERY OF RECORDS         | CLK | DDH |
|    |          | RELATED TO THE PROSECUTION'S         | CLK |     |
|    |          | INTERVIEW WITH WITNESS, NTC OF       | CLK |     |
|    |          | HRG & POS FILED.                     | CLK |     |
| 32 |          | MEMORANDUM IN SUPPORT, BRIEF         | CLK | DDH |
|    |          | IN SUPPORT & POS FILED.              | CLK |     |
| 33 |          | MTN FOR DISCOVERY, WITNESS'          | CLK | DDH |
|    |          | CRIMINAL HISTORIES, MTN FOR          | CLK |     |
|    |          | DISCOVERY OF RECORDS RELATED         | CLK |     |
|    |          | TO THE PROSECUTION'S INTERVIEW       | CLK |     |
|    |          | WITH WITNESS & MTN OF BRIEF IN       | CLK |     |
|    |          | SUPPORT OF RECORDS RELATED TO        | CLK |     |
|    |          | THE PROSECUTION'S INTERVIEW          | CLK |     |
|    |          | WITH WITNESS & POS FILED.            | CLK |     |
| 37 | 09/21/09 | MISCELLANOUS HEARING HELD            | CRT | BAM |
|    |          | motions heard                        | CRT |     |
| 38 |          | AMENDED PRE-SENTENCE COMMIT-         | CLK | DDH |
|    |          | MENT FILED-BOND CONT.                | CLK |     |
| 39 | 09/25/09 | AMENDED INFORMATION & POS            | CLK | DDH |
|    |          | FILED.                               | CLK |     |
| 40 | 09/30/09 | SET NEXT DATE FOR: 10/07/09  8:30 AM | CLK | DDH |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
                                    MOTION HEARING
                                    MOTION TO WITHDRAW AS COUNSEL,      CLK
                                    NTC OF HRG & CERTIFICATE OF         CLK
                                    SERVICE FILED.                      CLK
41 10/07/09                         MOTION HEARING                      CRT BAM
                                      ATTORNEY PRESENT: JAMESON         CRT
                                    MOTION TO WITHDRAW AS COUNSEL       CRT
                                    WITHDRAWN.                          CRT
42                                  PRE-TRIAL HEARING                   CRT BAM
                                      ATTORNEY PRESENT: JAMESON         CRT
                                      CONTINUED FOR TRIAL.              CRT
43                                  AMENDED PRE-SENTENCE COMMIT-        CLK DDH
                                    MENT FILED-BOND CONT.               CLK
44                                  LETTER FROM DEFT FILED.             CLK DDH
45 10/13/09                         DEFTS REQUEST IN PRO PER TO         CLK PLA
                                    REMOVE ATTY JAMESON FROM CASE       CLK
                                    FILED.                              CLK
46                                  TRANSCRIPT OF MTNS HELD ON          CLK DDH
                                    9/21/09 FILED IN 08-14034 FH.       CLK
47 10/15/09                         SET NEXT DATE FOR: 10/26/09 10:30 AM  CLK DDH
                                      MOTION HEARING
                                    MOTION FOR DISCOVERY OF             CLK
                                    OFFICERS NOTES, NTC OF HRG &        CLK
                                    POS FILED.                          CLK
48                                  MOTION FOR APPOINTMENT OF           CLK DDH
                                    INVESTIGATOR, NTC OF HRG &          CLK
                                    CERTIFICATE OF SERVICE FILED.       CLK
49                                  DEFT'S MTN FOR ADJOURNMENT OF       CLK DDH
                                    TRIAL, NTC OF HRG & CERTIFI-        CLK
                                    CATE OF SERVICE FILED.              CLK
50 10/16/09                         MOTION TO VACATE THE TRIAL          CLK DDH
                                    DATE, NTC OF HRG & POS FILED.       CLK
51 10/21/09                         PRE-TRIAL HEARING                   CRT BAM
                                    PT AND MOTIONS HEARD-MOTIONS        CRT
                                    DENIED, CONT FOR TRIAL, BOND C      CRT
                                    ONT.                                CRT
52                                  TRANSCRIPT OF PRELIMINARY EXAM      CLK DDH
                                    HELD ON 6/1/09 FILED.               CLK
54                                  ORDER DENYING DEFT'S MTN FOR        CLK DDH
                                    DISCOVERY OF OFFICERS NOTES         CLK
                                    GRT & FILED.                        CLK
55                                  ORDER DENYIN G DEFT'S MTN FOR       CLK DDH
                                    APPOINTMENT OF INVESTIGATOR         CLK
                                    GRT & FILED.                        CLK
57                                  AMENDED PRE-SENTENCE COMMIT-        CLK DDH
                                    MENT FILED-BOND CONT.               CLK
53 10/22/09                         NOTICE OF ENTRY (ORDER DENYING      CLK PLA
                                    MOTION TO ADJ TRIAL) & PROOF        CLK
                                    OF SERVICE FILED.                   CLK
56 10/27/09                         JURY TRIAL HALF DAY                 CRT BAM
                                    cont to day 2 of Jury Trial         CRT
58                                  AMENDED PRE-SENTENCE COMMIT-        CLK DDH
                                    MENT-BOND CONT.                     CLK
59 10/28/09                         JUDGMENT OF GUILTY VERDICT BY       CLK DDH
                                    JURY AS TO CT V, VI, VII &          CLK
                                    VIII GRT & FILED.                   CLK
60                                  JURY VERDICT FILED.                 CLK DDH
```

Case 2:14-cv-13399-LJM-DRG  ECF No. 8-5, PageID.259  Filed 03/05/15  Page 5 of 8
09-014329-FC JUDGE PICKARD        FILE 08/05/09  ADJ DT 10/28/09  CLOSE  12/10/09
--------------------------------------------------------------------------------

```
61 .                            SET NEXT DATE FOR: 12/03/09  8:15 AM  CLK DDH
                                  SENTENCING
                                AMENDED PRE-SENTENCE COMMIT-            CLK
                                MENT FILED-BOND DENIED.                 CLK
62                      00005   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND GUILTY                            CRT
                                SENT 12-3-09 @ 8:15 AM, DNA OR          CRT
                                DER                                     CRT
63                      00006   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND GUILTY                            CRT
64                      00007   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND GUILTY                            CRT
65                      00008   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND GUILTY                            CRT
67                      00001   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND NOT GUILTY                        CRT
68                      00002   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND NOT GUILTY                        CRT
69                      00003   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND NOT GUILTY                        CRT
70                      00004   JURY TRIAL HALF DAY                     CRT BAM
                                FOUND NOT GUILTY                        CRT
66 11/02/09                     ORDER DENYING DEFT'S MTN FOR            CLK DDH
                                ADJOURNMENT OF TRIAL SIGNED &           CLK
                                FILED.                                  CLK
73 12/10/09             00005   SENTENCING                              CRT BAM
   SENTENCE PRISON:     MINIMUM            MAXIMUM            CREDIT
           LIFE      YYY-MMM-DDD        YYY-MMM-DDD       YYY-MMM-407
   BEGIN 12/10/09
      $272.00  STATE MINIMUM COSTS         60.00  CRIME VICTIM RIGHTS
74                      00007   SENTENCING                              CRT BAM
   SENTENCE PRISON:     MINIMUM            MAXIMUM            CREDIT
           LIFE      YYY-MMM-DDD        YYY-MMM-DDD       YYY-MMM-407
   BEGIN 12/10/09
75                      00008   SENTENCING                              CRT BAM
   SENTENCE PRISON:     MINIMUM            MAXIMUM            CREDIT
           LIFE      YYY-MMM-DDD        YYY-MMM-DDD       YYY-MMM-407
   BEGIN 12/10/09
76                      00006   SENTENCING                              CRT BAM
   SENTENCE PRISON:     MINIMUM            MAXIMUM            CREDIT
           LIFE      YYY-MMM-DDD        YYY-MMM-DDD       YYY-MMM-407
   BEGIN 12/10/09
77                              FINAL ORDER OR JUDGMENT FILED           CLK DDH
                                JUDGMENT OF SENTENCE GRT &              CLK
                                FILED.                                  CLK
78                              SENTENCING INFORMATION REPORT           CLK DDH
                                (4) FILED.                              CLK
79                              ORDER TO REMIT PRISONER FUNDS           CLK DDH
80                              CERTIFICATION & RETURN ON DNA           CLK DDH
                                SAMPLE FILED.                           CLK
81                              FINGERPRINT LIVESCAN FILED.             CLK DDH
82                              NOTICE OF APPEAL OF RIGHTS FILED.       CLK DDH
84 12/18/09                     REQUEST FOR APPOINTMENT OF              CLK KLD
                                APPELLATE COUNSEL FILED.                CLK
85 01/08/10                     LETTER REQUESTING APPOINTMENT           CLK KLD
                                OF APPELLATE COUNSEL FILED.             CLK
                                (JUDGE SAID OKAY BUT ALREADY            CLK
```

Case 2:14-cv-13399-LJM-DRG   ECF No. 8-5, PageID.256   Filed 03/05/15   Page 6 of 8

---

```
                                        DONE.)                          CLK
 86                          D 001      APPEARANCE                      CLK KLD
                                          ATTORNEY: P-38166 ARCHER      CLK
                                        CLAIM OF APPEAL AND ORDER       CLK
                                        APPOINTING COUNSEL GRANTED      CLK
                                        AND FILED.                      CLK
 87                          D 001       FROM: JAMESON,ROBERT E.,       CLK KLD
                                           TO: ARCHER,WILLIAM H.,       CLK
 88 01/11/10                            CERTIFICATE OF MAILING FILED.   CLK KLD
 91 01/12/10                            REPORTER/RECORDER CERTIFICATE   CLK DDH
                                        OF ORDERING OF TRANSCRIPT ON    CLK
                                        APPEAL FILED.                   CLK
 89 01/13/10                            ACCEPTANCE OF APPOINTMENT OF    CLK KLD
                                        APPELLATE COUNSEL FILED.        CLK
 90                                     COMPLETE COPY OF FILE SENT TO   CLK KLD
                                        APPELLATE COUNSEL.              CLK
 92 02/01/10                 D 001      LETTER FILED.                   CLK MLA
                                        2/9/10 RESPONSE TO LETTER       CLK
                                        MAILED.                         CLK
 93 02/18/10                            NOTICE OF FILING OF TRANSCRIPT  CLK DDH
                                        AND AFFIDAVIT OF MAILING        CLK
                                        FILED.                          CLK
 94                                     TRANSCRIPT OF MTN HELD ON       CLK DDH
                                        8/12/09 FILED.                  CLK
 95                                     TRANSCRIPT OF MTNS HELD ON      CLK DDH
                                        9/21/09 FILED.                  CLK
 96                                     TRANSCRIPT OF MOTION HRG HELD   CLK RRH
                                        ON 10/7/09 FILED.               CLK
 97                                     TRANSCRIPT OF PRE-TRIAL/MTS     CLK DDH
                                        HELD ON 10/21/09 FILED.         CLK
 98                                     TRANSCRIPT OF CRIMINAL JURY     CLK DDH
                                        TRIAL (VOL I) HELD ON 10/27/09  CLK
                                        FILED.                          CLK
 99                                     TRANSCRIPT OF CRIMINAL JURY     CLK DDH
                                        TRIAL (VOL. II) HELD ON         CLK
                                        10/28/09 FILED.                 CLK
100                                     TRANSCRIPT OF SENTENCING HELD   CLK DDH
                                        ON 12/10/09 FILED.              CLK
101 03/30/10                            AFFIDAVIT OF INDIGENCE &        CLK DDH
                                        PRISONER ACCOUNT STATEMENT      CLK
                                        FILED.                          CLK
102 03/31/10                            ORDER DENYING DEFT'S REQUEST    CLK DDH
                                        FOR COPIES FREE OF CHARGE,      CLK
                                        DEFT SHALL PAY $185.02 TO       CLK
                                        LENAWEE CO CLERK FOR COPIES OF  CLK
                                        ALL DOCUMENTS & UPON RECEIPT    CLK
                                        OF $185.02, CLERK SHALL MAIL    CLK
                                        A COPY OF ALL DOCUMENTS IN      CLK
                                        FILE OF 09-14329 FC GRT &       CLK
                                        FILED.                          CLK
103 04/12/10                            COURT ORDERED PAID             CLK MLA
                                        RECEIPT#  00273487  AMT      $225.00
104 04/20/10                            NOTICE OF FILING OF TRANSCRIPT  CLK DDH
                                        AND AFFIDAVIT OF MAILING        CLK
                                        FILED.                          CLK
105 06/03/10                            REQUEST FOR COPY OF ENTIRE      CLK DDH
                                        FILE & AFFIDAVIT OF INDIGENCE   CLK
```

Appendix D

Case 2:14-cv-13399-LJM-DRG ECF No. 8-5, PageID.257 Filed 03/05/15 Page 7 of 8
------------------------------------------------------------------------------

|         |          |       |                                      |         |
|---------|----------|-------|--------------------------------------|---------|
|         |    `      |       | & PRISONER ACCOUTN STATEMENT         | CLK     |
|         |          |       | FILED.                               | CLK     |
| 106     | 06/07/10 |       | ORDER DENYING DEFT'S REQUEST         | CLK DDH |
|         |          |       | FOR COPIES OF DOCUMENTS FREE         | CLK     |
|         |          |       | OF CHARGE GRT & FILED.               | CLK     |
| 107     | 07/20/10 |       | SENT TO MI COURT OF APPEALS          | CLK DMH |
|         |          |       | 1 FILE 10 TRANSCRIPTS                | CLK     |
| 108     | 08/13/10 |       | DEFT'S REQUEST FOR TRANSCRIPTS       | CLK DDH |
|         |          |       | FILED.                               | CLK     |
| 109     | 08/24/10 |       | ORDER DENYING DEFT'S REQUEST         | CLK DDH |
|         |          |       | FOR COPIES FREE OF CHARGE GRT        | CLK     |
|         |          |       | & FILED.                             | CLK     |
| 110     | 09/07/10 |       | MOTION FOR THE PREPARATION OF        | CLK DDH |
|         |          |       | TRANSCRIPT AT PUBLIC EXPENSE,        | CLK     |
|         |          |       | CERTIFICATE OF PRISONER              | CLK     |
|         |          |       | ACCOUNT & POS FILED.                 | CLK     |
| 111     | 09/08/10 |       | ORDER DENYING DEFT'S REQUEST         | CLK DDH |
|         |          |       | TRANSCRIPTION OF A TRANSCRIPT        | CLK     |
|         |          |       | FREE OF CHARGE GRT & FILED.          | CLK     |
| 112     | 10/27/10 |       | REQUEST FOR COPIES FROM DEFT.        | CLK KLD |
|         |          |       | AND LETTER IN RESPONSE FILED.        | CLK     |
| 113     | 02/28/11 |       | OPINION FROM THE COURT OF            | CLK DDH |
|         |          |       | APPEALS FILED-AFFIRMED.              | CLK     |
| 114     | 03/03/11 |       | MAACS STATEMENT OF SERVICE AND       | CLK KLD |
|         |          |       | ORDER FOR PAYMENT GRANTED AND        | CLK     |
|         |          |       | FILED AND SENT TO ACC PAYABLE.       | CLK     |
| 115     | 03/17/11 | D 001 | LETTER FILED.                        | CLK MLA |
| 116     | 03/31/11 | D 001 | LETTER FILED.                        | CLK MLA |
| 117     | 05/04/11 |       | LETTER FILED                         | CLK DMH |
| 118     | 09/27/11 |       | FILE RETURNED FRO MI SUPREME         | CLK MLA |
|         |          |       | COURT.                               | CLK     |
| 119     |          |       | ORDER FROM SUPREME COURT             | CLK DDH |
|         |          |       | FILED-DENIED APPLICATION FOR         | CLK     |
|         |          |       | LEAVE TO APPEAL THE 2/22/11          | CLK     |
|         |          |       | JUDGT OF COURT OF APPEALS.           | CLK     |
| 120     | 12/22/11 |       | LETTER FROM DEFT REQUESTING          | CLK PLA |
|         |          |       | COPIES OF JUROR QUESTIONNIARES       | CLK     |
|         |          |       | FILED.                               | CLK     |
| 121     | 01/11/12 |       | LETTER IN RESPONSE TO DEFT           | CLK PLA |
|         |          |       | DENYING REQUEST FOR COPIES OF        | CLK     |
|         |          |       | JUROR QUESTIONNAIRES FILED.          | CLK     |
| 122     | 03/02/12 |       | REQUEST FILED BY DEFT AS TO          | CLK DDH |
|         |          |       | COPY OF ADMINISTRATIVE ORDER         | CLK     |
|         |          |       | CONCERNING ACCESS TO JUROR           | CLK     |
|         |          |       | JUROR QUESTIONNAIRES.                | CLK     |
| 123     | 03/06/12 |       | LETTER FROM MICH SUPREME             | CLK DDH |
|         |          |       | COURT IN REGARDS TO ACCESS TO        | CLK     |
|         |          |       | JURY QUESTIONNAIRES FILED.           | CLK     |
| 124     | 03/22/13 |       | DEFT'S MTN FOR RELIEF FROM           | CLK DDH |
|         |          |       | JUDGT & MEMORANDUM IN SUPPORT        | CLK     |
|         |          |       | OF DEFT'S MTN FOR RELIEF FROM        | CLK     |
|         |          |       | JUDGT & POS FILED.                   | CLK     |
| 125     |          |       | DEFT'S MTN TO EXPAND THE             | CLK DDH |
|         |          |       | RECORD & MEMORANDUM IN SUPPORT       | CLK     |
|         |          |       | FILED.                               | CLK     |
| 126     | 04/01/13 |       | CORRECTED COPY OF PG. 2 OF MTN       | CLK DDH |
|         |          |       | FOR RELIEF FROM JUDGMENT & POS       | CLK     |

Appendix D

Case 2:14-cv-13399-LJM-DRG   ECF No. 8-5, PageID.258  Filed 03/05/15  Page 8 of 8

-------------------------------------------------------------------------------

|     |          |       |       | FILED.                              | CLK |     |
| 127 | 04/15/13 | D 001 |       | LETTER FILED.                       | CLK | MLA |
| 128 | 04/24/13 |       |       | ORDER DENYING DEFT MOTION FOR       | CLK | PLA |
|     |          |       |       | RELIEF FROM JDT, AND DENYING        | CLK |     |
|     |          |       |       | MOTION FOR EXPANSION OF RECORD      | CLK |     |
|     |          |       |       | PURSUANT TO MCR 6.507 GRANTED       | CLK |     |
|     |          |       |       | & FILED.                            | CLK |     |
| 129 | 05/07/13 |       |       | DEFT'S SUPPLEMENTAL MTN TO          | CLK | DDH |
|     |          |       |       | EXPAND THE RECORD & POS FILED.      | CLK |     |
| 130 | 05/15/13 | D 001 |       | DEFT MOTION IN PRO PER FOR          | CLK | PLA |
|     |          |       |       | RECONSIDERATION OF COURT'S          | CLK |     |
|     |          |       |       | 4/24/13 ORDER DISMISSING MTN        | CLK |     |
|     |          |       |       | FOR RELIEF FROM JDT & PROOF OF      | CLK |     |
|     |          |       |       | SERVICE FILED.                      | CLK |     |
| 131 |          |       |       | DEFT REQUEST IN PRO PER FOR         | CLK | PLA |
|     |          |       |       | COPIES OF D.C. RECORDS.             | CLK |     |
| 132 | 05/16/13 |       |       | ORDER DENYING MOTION FOR            | CLK | PLA |
|     |          |       |       | RECONSDIERATION OF DENIAL OF        | CLK |     |
|     |          |       |       | MTN FOR RELIEF FROM JDT             | CLK |     |
|     |          |       |       | GRANTED & FILED, & PROOF OF         | CLK |     |
|     |          |       |       | SERVICE FILED.                      | CLK |     |
| 133 | 08/26/13 | D 001 |       | LETTER FILED.                       | CLK | MLA |
| 134 | 09/26/13 | D 001 |       | LETTER FILED.                       | CLK | MLA |
| 135 | 12/30/13 |       |       | ORDER FROM COURT OF APPEALS         | CLK | DDH |
|     |          |       |       | FILED-GRANTING MTN TO WAIVE         | CLK |     |
|     |          |       |       | FEES FOR THIS CASE ONLY &           | CLK |     |
|     |          |       |       | DENIED DELAYED APPLICATION FOR      | CLK |     |
|     |          |       |       | LEAVE TO APPEAL.                    | CLK |     |
| 136 | 01/07/14 |       |       | ORDER FROM COURT OF APPEALS         | CLK | DDH |
|     |          |       |       | FILED-GRANTED MTN TO WAIVE          | CLK |     |
|     |          |       |       | FEES & DENIED DELAYED APPLICA-      | CLK |     |
|     |          |       |       | TION FOR LEAVE TO APPEAL.           | CLK |     |
| 137 | 07/22/14 | D 001 |       | LETTER FILED.                       | CLK | MLA |
| 138 | 08/04/14 |       |       | FILE RETURNED FROM MI SUPREME       | CLK | MLA |
|     |          |       |       | COURT.                              | CLK |     |
| 139 |          |       |       | ORDER FROM SUPREME COURT            | CLK | DDH |
|     |          |       |       | FILED-DENIED APPLICATION TO         | CLK |     |
|     |          |       |       | LEAVE TO APPEAL THE 12-27-13        | CLK |     |
|     |          |       |       | ORDER OF THE COURT OF APPEALS.      | CLK |     |

.............................. END OF SUMMARY ..............................

STATE OF MICHIGAN
COUNTY OF LENAWEE    SS.
I, Roxann Holloway, Clerk of Lenawee County and of the Circuit Court
thereof, the same being a Court of Record, and having a Seal, do hereby
certify that I have compared the attached copy of *Register of Action*
with the original and have found it to be a correct transcript therefrom,
and of the whole thereof.
In Testimony Whereof, I have hereunto set my hand and affixed the Seal
of said Circuit Court this _____ 6th _____ day of
_____, 20 14
Roxann Holloway, Clerk
by Roxann Holloway
R. Holloway

Appendix D