

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK RONALD SHAYKIN,

    Petitioner,

V.

                                 No. 14-cv-13399-LJM-DRG

KENNETH ROMANOWSKI,             Hon. Laurie J. Michelson

                                 Magistrate Judge David R. Grand

    Respondent.
-----------------------------
Mark Ronald Shaykin 314630
Petitioner pro se
34625 26 Mile Road
New Haven, MI 48048
-----------------------------
Timothy C. Erickson (P72071)
Assistant Attorney General
Counsel for Respondent
P O Box 30217
Lansing, MI 48909
-----------------------------



F I L E D
JUN 19 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

PETITIONER'S SUPPLEMENTAL AFFIDAVIT IN OPPOSITION
TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

    I make this affidavit in opposition to Respondent's motion for summary judgment and if sworn as a witness I am competent to testify to the following facts concerning when I received the Exhibits offered in support of my habeas petition.

    1.   I received Exhibits 1 through 4 from attorney William Archer with a cover letter dated June 9, 2010. Attachment A.

    2.   I received Exhibits 5 and 6 from attorney William Archer with a cover letter dated February 16, 2011. Attachment B.

    3.   I received Exhibits 7 and 8 from attorney Robert Jameson on about June 17, 2009.

    4.   I received Exhibit 8A from the Toledo Municipal Court

1

with a cover letter dated January 18, 2013. Attachment C.

5. I received Exhibits 9 and 10 from the Toledo Municipal Court in January 2011. Attachment D.

6. I received Exhibit 11 from the Lucas County Court of Common Pleas after February 13, 2013. See the date on the Exhibit.

7. I received Exhibit 12 from attorney Robert Jameson on about June 17, 2009.

8. I received Exhibit 12A from the Lucas County Court of Common Pleas on December 18, 2012. Attachment E is my prison account statement; I sent payment the same day I received the Exhibit.

9. I received Exhibits 13 and 14 from the Lucas County Court of Common Pleas on February 8, 2013. Attachment F.

10. I received Exhibit 15 from the Lucas County Court of Common Pleas with a cover letter dated July 6, 2012. Attachment G.

11. I received Exhibits 16, 17, and 18 from the Lucas County Court of Common Pleas on February 8, 2013. Attachment F.

12. I received Exhibit 19 from attorney Robert Jameson on about June 17, 2009.

13. I received Exhibits 19A and 19B from the Lucas County Court of Common Pleas on March 18, 2013. I sent payment the same date that I received them. Attachment E.

14. I received Exhibit 20 from attorney Robert Jameson on about June 17, 2009.

2

15. I received Exhibits 21 through 24 in August 2012 from James Vance, who had to get them from the Toledo Police Department under the Freedom of Information Act. Attachment H.

16. I received Exhibit 25 about June 30, 2011 from James Vance, who had to get it from the Adrian, MI, Police Department under the Freedom of Information Act. Attachment I.

17. I received Exhibits 26 through 29 in August 2012 from James Vance, who had to get them from the Toledo Police Department under the Freedom of Information Act. Attachment H.

18. I received Exhibit 30 from the Lucas County Court of Common Pleas in January 2011. Attachment J.

19. I received Exhibit 31 from attorney Robert Jameson with a cover letter dated September 15, 2009. Attachment K.

20. I received Exhibit 31A from the Lucas County Court of Common Pleas in January 2011. Attachment J.

21. I received Exhibit 32 from attorney Robert Jameson with a cover letter dated September 30, 2009. Attachment L.

22. I received Exhibits 33 and 34 from the Lucas County Sheriff's Department after January 29, 2013. See the dates on the Exhibits.

23. I received Exhibit 35 from the Allen County Court of Common Pleas on March 18, 2013. Attachment M. I sent payment the same day I received it. Attachment E.

24. I received Exhibit 41 from the Toledo Police Department on October 16, 2013. James Vance had to get it under

3

the Freedom of Information Act. Attachment N.

I declare on penalty of perjury that the foregoing statements are true of my own personal knowledge.

May 16, 2015

Mark R. Shaykin

## Exhibits/Attachments Index

| Exhibit | Source | Date Rec'd | Attachment |
|---------|--------|-----------|------------|
| 1-4 | Archer | 6/9/10 | A |
| 5- 6 | Archer | 2/16/11 | B |
| 7-8 | Jameson | 6/17/09 | |
| 8A | Toledo Municipal Court | 1/18/13 | C |
| 9-10 | Toledo Municipal Court | 1/2011 | D |
| 11 | Lucas County Court | 2/13/13 | See Exhibit |
| 12 | Jameson | 6/17/09 | |
| 12A | Lucas County Court | 12/18/12 | E |
| 13-14 | Lucas County Court | 2/8/13 | F |
| 15 | Lucas County Court | 7/6/12 | G |
| 16-18 | Lucas County Court | 2/8/13 | F |
| 19 | Jameson | 6/17/09 | |
| 19A-19B | Lucas County Court | 3/18/13 | E |
| 20 | Jameson | 6/17/09 | |
| 21-24 | Toledo PD | 8/2012 | H |
| 25 | Adrian PD | 6/30/11 | I |
| 26-29 | Toledo PD | 8/2012 | H |
| 30 | Lucas County Court | 1/2011 | J |
| 31 | Jameson | 9/15/09 | K |
| 31A | Lucas County Court | 1/2011 | J |
| 32 | Jameson | 9/30/09 | L |
| 33-34 | Lucas County Sheriff | 1/29/13 | See Exhibits |
| 35 | Allen County Court | 3/18/13 | E and M |
| 41 | Toledo PD | 10/16/13 | N |

**WILLIAM H. ARCHER**
Attorney at Law
700 West Ash, Suite A
Mason, Michigan 48854
(517) 244-1122 office
(517) 244-1123 fax

June 9, 2010

Mark Shaykin #314630
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784

Re:   People v Mark Ronald Shaykin
      C/A 295883; L/C 09-14329-FC

ENCLOSED PLEASE FIND THE FOLLOWING:

__Amended Notice                      __Pretrial Statement
__Answer                              __Proof of Service
__Answer to Interrogatories           __Reply
__Appearance                          __Request to Admit
__Brief                               __Response to Request to
__Complaint for Divorce                  Admit
__Counterclaim                        __Stipulation
__Filing Fee                          __Subpoena
__Interrogatories                     __Summons
__Judgment                            __Witness & Exhibit List
**XXTRANSCRIPTS AND COURT FILES**

Please take the following action:

**XXFor your information**
__Return with proof of payment        __Hold for 7 days & enter
__Have judge sign and return true           if no objections
   copies                             __Execute and return to
                                      this office

Very truly yours,

William H. Archer
WHA:sv/1txmtl.ltr
Enclosure

**WILLIAM H. ARCHER**
Attorney at Law
700 West Ash, Suite A
Mason, Michigan 48854
(517) 244-1122 office
(517) 244-1123 fax

February 16, 2011

Mark Shaykin #314630
Ionia Maximum Correctional Facility
1576 West Bluewater Highway
Ionia, MI 48846

Re:   People v Mark Ronald Shaykin
      C/A 295883; L/C 09-14329-FC

ENCLOSED PLEASE FIND THE FOLLOWING:

| | |
|---|---|
| __Amended Notice | __Pretrial Statement |
| __Answer | __Proof of Service |
| __Answer to Interrogatories | __Reply |
| __Appearance | __Request to Admit |
| __Brief | __Response to Request to |
| __Complaint for Divorce |     Admit |
| __Counterclaim | __Stipulation |
| __Filing Fee | __Subpoena |
| __Interrogatories | __Summons |
| __Judgment | __Witness & Exhibit List |

**XXPage #1 - PLAINTIFF-APPELLEE'S BRIEF ON APPEAL**

Please take the following action:

**XXFor your information**

| | |
|---|---|
| __Return with proof of payment | __Hold for 7 days & enter |
| __Have judge sign and return true |        if no objections |
|     copies | __Execute and return to |
| | this office |

Very truly yours,

*William H. Archer/sv*

William H. Archer
WHA:sv/1txmtl.ltr
Enclosure

ATTACHMENT B

# Vallie Bowman-English

Toledo Municipal Clerk of Court
Criminal / Traffic Division
(419) 936-3650 phone
www.tmc-clerk.com

**To:**     Mark Shaykin

**From:**  M. Trompeter, Deputy Clerk

**Date:**  1/18/2013

**Re:**     Response to your letter dated January 8, 2013

---

The Clerks Office can only provide you with Certified Journals on cases within our Court. You will have to contact the other Courts concerning their cases.

ATTACHMENT C, PAGE 1 OF 2

# Toledo Municipal Court
## Recidivist Report

| RID | Defendant | Link Judge | DOB | # FTA | # of Arrest | Active Warrant | Active Block |
|---|---|---|---|---|---|---|---|
| 24959405 | OLIVER, ALLEN M | | 09/20/1984 | 6 | 11 | Yes | Yes |

| Defendant | Case No. | Violation | | | Ofn Date | Disposition | Disp. Date | Status | Balance |
|---|---|---|---|---|---|---|---|---|---|
| OLIVER, ALLEN M | CRA-07-20924-0101 | 2911.02 | ORC | ROBBERY | 08/06/2007 | DISMISSED | 11/26/2007 | CLS | 0.00 |
| OLIVER, ALLEN M | CRA-07-15171-0101 | 2911.12A1 | ORC | BURGLARY OCCUPIED STRUCTURE | 07/04/2007 | DISMISSED | 07/19/2007 | CLS | 0.00 |
| BOSS, JOSEPH | CRB-07-10564-0102 | 513.14A | TMC | DRUG PARAPHERNALIA;ILLEGAL USE OR POSSESSION | 05/12/2007 | SENTENCED | 10/16/2007 | CLS | 0.00 |
| BOSS, JOSEPH | CRB-07-10564-0202 | 513.03 | TMC | DRUG ABUSE;CONTROLLED SUBSTANCE POSS/USE | 05/12/2007 | DISMISSED | 10/16/2007 | CLS | 0.00 |

Grand Total: 0.00

ATTACHMENT C, PAGE 2 OF 2

Case 2:14-cv-13399-LJM-DRG   ECF No. 15, PageID.1278   Filed 06/19/15   Page 8 of 29

Ionia Corr Facility
1576 W. Bluewater Hwy
Ionia, Michigan - 48846

STATE OF OHIO vs. SHAYKIN, MARK RONALD
RE: CASE NO: CRA-07-13711-0101  /File JOURNAL-GRAND-
Jury Records;

TO: CONSTANCE, MCDONALD - Deputy Clerk
    Toledo MUNICIPAL COURT
    555 NORTH ERIE STREET
    Toledo, OHIO - 43604

ATTACHMENT D

        I am writing you to request
the JOURNAL History in case NO: CRA-07-13711-0101.
I am trying to obtain a copy of the
GRAND Jury TESTimony/TRANSCRIPTS in the
above case that was heald on June 27, 2007,
at 9:00 A.m., in Court room 3, in the State of
OHIO vs. SHAYKIN, MARK RONALD.
        Furthermore, would you be able to
acknowledge that ALLEN Oliver was called
as a witness and did testify in front of
the GRAND Jury on June 27, 2007 in the
above case NO: ?
        I hope that you will send some
information about these matters soon and
I thank-you for your time.

                                    Respectfully
                                    Mark R. [signature]
                                    1/04/2014

cc: MY File.

Trust Account Statement

For the period 05/29/2012 to 05/29/2013

| | | | | Current | |
|---|---|---|---|---|---|
| MDOC Nbr.: 314630 | | Name: Shaykin, Mark Ronald | | Lock Loc.: 6-096 | |
| Birth Date: 01/28/1964 | | Location: IONIA CORRECTIONAL FACIL | Jurisdiction Dates: 10/28/2009 | | Active: Yes |
| Current Balance: 19.98 | Hold Balance: .00 | | Account Dates: 11/19/2010 | | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| *Trust-Ionia Maximum Caseload* | | | | |
| | | 2583 Postage (State) Payable - Direct | | 2.48 |
| | Narration: | Batch: 1595653, Ref: - | | |
| 51239957 | 12/03/2012 | *JPAY JPay EFT Receipts* | 100.00 | |
| | | 1120 JPay EFT Receipts | | 100.00 |
| | | 2101 Offender Funds | | 100.00 |
| | Narration: | Batch: 1596136, Ref:22400446-STRICKLAND,JOHN | | |
| 51262528 | 12/03/2012 | *LPOSPBF Legal Postage Disbursement (PBF)* | 4.90 | |
| | | 2101 Offender Funds | | 4.90 |
| | | 2582 Postage (PBF) Payable - Direct | | 4.90 |
| | Narration: | Batch: 1596362, Ref:11-30-12 - | | |
| 51333270 | 12/07/2012 | *PCD Phone Credit Disbursement* | 25.00 | |
| | | 2101 Offender Funds | | 25.00 |
| | | 2596 Phone Credit Payable | | 25.00 |
| | Narration: | Batch: 1598430, Ref: - | | |
| 51389311 | 12/11/2012 | *LCPBD Legal Copies Disbursement (PBF)* | .60 | |
| | | 2101 Offender Funds | | 0.60 |
| | | 2580 Copies (PBF) Payable - Direct | | 0.60 |
| | Narration: | Batch: 1599594, Ref:LCPBD ICF RJB - | | |
| 51447147 | 12/13/2012 | *PR Payroll Receipt* | 52.73 | |
| | | 1116 Payroll Receipts | | 52.73 |
| | | 2101 Offender Funds | | 52.73 |
| | Narration: | Batch: 1599785, Ref:PR ICF FOOD SVC 11/12 | | |
| 51546630 | 12/15/2012 | *CRT Commissary Regular Transaction* | 15.31 | |
| | | 2101 Offender Funds | | 15.31 |
| | | 2501 Payable to Commissary | | 15.31 |
| | Narration: | Batch: 1601760, Ref:100318641-Keefe Debit - | | |
| 51570589 | 12/18/2012 | *PCD Phone Credit Disbursement* | 20.00 | |
| | | 2101 Offender Funds | | 20.00 |
| | | 2596 Phone Credit Payable | | 20.00 |
| | Narration: | Batch: 1602463, Ref: - | | |
| 51570720 | 12/18/2012 | *FFD Filing Fee Disbursement* | 2.50 | |
| | | 2101 Offender Funds | | 2.50 |
| | | 1101 Bank Account | | 2.50 |
| | Narration: | Batch: 1602479, Ref:Lucas Co. - | | |
| 51571875 | 12/18/2012 | *JLM JL Marcus Disbursement* | 27.30 | |
| | | 2101 Offender Funds | | 27.30 |
| | | 1101 Bank Account | | 27.30 |
| | Narration: | Batch: 1602517, Ref:JLM ICF RJB - | | |
| 51577293 | 12/18/2012 | *MISCC Miscellaneous Vendor Check* | 7.00 | |
| | | 2101 Offender Funds | | 7.00 |
| | | 1101 Bank Account | | 7.00 |
| | Narration: | Batch: 1602902, Ref:MISC ICF REACHING OUT - | | |
| 51577294 | 12/18/2012 | *MISCC Miscellaneous Vendor Check* | 7.00 | |
| | | 2101 Offender Funds | | 7.00 |
| | | 1101 Bank Account | | 7.00 |
| | Narration: | Batch: 1602902, Ref:MISC ICF ALEPH INSTITUTE - | | |
| 51608465 | 12/20/2012 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.50 | |
| | | 2101 Offender Funds | | 1.50 |
| | | 2582 Postage (PBF) Payable - Direct | | 1.50 |
| | Narration: | Batch: 1604021, Ref:12-18-12 - | | |
| 51608480 | 12/20/2012 | *LPOSPBF Legal Postage Disbursement (PBF)* | 5.04 | |
| | | 2101 Offender Funds | | 5.04 |

*ATTACHMENT E, PAGE 1 OF 4*

Michigan Department Of Corrections

Trust Account Statement

For the period 05/29/2012 to 05/29/2013

| MDOC Nbr.: 314630 | Name: Shaykin, Mark Ronald | Current Lock Loc.: 6-096 | |
|---|---|---|---|
| Birth Date: 01/28/1964 | Location: IONIA CORRECTIONAL FACIL | Jurisdiction Dates: 10/28/2009 | Active: Yes |
| Current Balance: 19.98 | Hold Balance: .00 | Account Dates: 11/19/2010 | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| *Trust-Ionia Maximum Caseload* | | | | |
| | | 2582 Postage (PBF) Payable - Direct | | 5.04 |
| | Narration: | Batch: 1604021, Ref:12-18-12 - | | |
| 51608513 | 12/20/2012 | LPOSPBF Legal Postage Disbursement (PBF) | .45 | |
| | | 2101 Offender Funds | | 0.45 |
| | | 2582 Postage (PBF) Payable - Direct | | 0.45 |
| | Narration: | Batch: 1604021, Ref:12-19-12 - | | |
| 51608890 | 12/20/2012 | FOIA FOIA Request Disbursement | 7.50 | |
| | | 2101 Offender Funds | | 7.50 |
| | | 1101 Bank Account | | 7.50 |
| | Narration: | Batch: 1604047, Ref:H/C Copies - | | |
| 51608891 | 12/20/2012 | FOIA FOIA Request Disbursement | 2.00 | |
| | | 2101 Offender Funds | | 2.00 |
| | | 1101 Bank Account | | 2.00 |
| | Narration: | Batch: 1604047, Ref:H/C Copies - | | |
| 51672762 | 12/28/2012 | PR Payroll Receipt | 8.75 | |
| | | 1116 Payroll Receipts | | 8.75 |
| | | 2101 Offender Funds | | 8.75 |
| | Narration: | Batch: 1606199, Ref:PR ICF FOOD SVC 11/12 | | |
| 51706832 | 01/02/2013 | FFD Filing Fee Disbursement | 2.50 | |
| | | 2101 Offender Funds | | 2.50 |
| | | 1101 Bank Account | | 2.50 |
| | Narration: | Batch: 1606947, Ref:FF G4801CR-0200701877-00 - | | |
| 51746841 | 01/04/2013 | LPOSPBF Legal Postage Disbursement (PBF) | 2.30 | |
| | | 2101 Offender Funds | | 2.30 |
| | | 2582 Postage (PBF) Payable - Direct | | 2.30 |
| | Narration: | Batch: 1608018, Ref:01-02-13 - | | |
| 51746907 | 01/04/2013 | LPOSPBF Legal Postage Disbursement (PBF) | 1.10 | |
| | | 2101 Offender Funds | | 1.10 |
| | | 2582 Postage (PBF) Payable - Direct | | 1.10 |
| | Narration: | Batch: 1608018, Ref:01-02-13 - | | |
| 51844222 | 01/11/2013 | LPOSPBF Legal Postage Disbursement (PBF) | .45 | |
| | | 2101 Offender Funds | | 0.45 |
| | | 2582 Postage (PBF) Payable - Direct | | 0.45 |
| | Narration: | Batch: 1610468, Ref:01-09-13 - | | |
| 51844597 | 01/11/2013 | PCD Phone Credit Disbursement | 15.00 | |
| | | 2101 Offender Funds | | 15.00 |
| | | 2596 Phone Credit Payable | | 15.00 |
| | Narration: | Batch: 1610477, Ref: - | | |
| 51860763 | 01/12/2013 | CRT Commissary Regular Transaction | 6.20 | |
| | | 2101 Offender Funds | | 6.20 |
| | | 2501 Payable to Commissary | | 6.20 |
| | Narration: | Batch: 1610959, Ref:100371592-Keefe Debit - | | |
| 51977897 | 01/15/2013 | PR Payroll Receipt | 29.75 | |
| | | 1116 Payroll Receipts | | 29.75 |
| | | 2101 Offender Funds | | 29.75 |
| | Narration: | Batch: 1611346, Ref:PR ICF FS 12/12 | | |
| 52009406 | 01/16/2013 | FFD Filing Fee Disbursement | 2.50 | |
| | | 2101 Offender Funds | | 2.50 |
| | | 1101 Bank Account | | 2.50 |
| | Narration: | Batch: 1612467, Ref:Lucas Co. - | | |
| 52009734 | 01/16/2013 | LPOSPBF Legal Postage Disbursement (PBF) | .45 | |
| | | 2101 Offender Funds | | 0.45 |

ATTACHMENT E, PAGE 2 OF 4

ATTACHMENT E, PAGE 2 OF 4

Michigan Department of Corrections

## Trust Account Statement

### For the period 05/29/2012 to 05/29/2013

| | | | | | | |
|---|---|---|---|---|---|---|
| MDOC Nbr.: 314630 | | Name: Shaykin, Mark Ronald | | Current Lock Loc.: 6-096 | | |
| Birth Date: 01/28/1964 | | Location: IONIA CORRECTIONAL FACIL | | Jurisdiction Dates: 10/28/2009 | | Active: Yes |
| Current Balance: 19.98 | Hold Balance: .00 | | | Account Dates: 11/19/2010 | | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|

*Trust-Ionia Maximum Caseload*

| GJ No. | Date | Description | Debit | Credit | |
|---|---|---|---|---|---|
| | | 2575 JPay Copy Credit Payable | | | 0.10 |
| | Narration: | Batch: 1632043, Ref:0002389807-JPAY E-STAMP - | | | |
| 52720367 | 03/06/2013 | JPAYCD JPay Copy Disbursement | .10 | | |
| | | 2101 Offender Funds | | 0.10 | |
| | | 2575 JPay Copy Credit Payable | | | 0.10 |
| | Narration: | Batch: 1632043, Ref:0002389808-JPAY E-STAMP - | | | |
| 52720368 | 03/06/2013 | JPAYCD JPay Copy Disbursement | .10 | | |
| | | 2101 Offender Funds | | 0.10 | |
| | | 2575 JPay Copy Credit Payable | | | 0.10 |
| | Narration: | Batch: 1632043, Ref:0002389811-JPAY E-STAMP - | | | |
| 52720369 | 03/06/2013 | JPAYCD JPay Copy Disbursement | .10 | | |
| | | 2101 Offender Funds | | 0.10 | |
| | | 2575 JPay Copy Credit Payable | | | 0.10 |
| | Narration: | Batch: 1632043, Ref:0002389815-JPAY E-STAMP - | | | |
| 52772860 | 03/08/2013 | LCPBD Legal Copies Disbursement (PBF) | .10 | | |
| | | 2101 Offender Funds | | 0.10 | |
| | | 2580 Copies (PBF) Payable - Direct | | | 0.10 |
| | Narration: | Batch: 1633164, Ref:LCPBD ICF LEGAL COPY - | | | |
| 52772861 | 03/08/2013 | LCPBD Legal Copies Disbursement (PBF) | 27.00 | | |
| | | 2101 Offender Funds | | 11.83 | |
| | | 2580 Copies (PBF) Payable - Direct | | | 11.83 |
| | Narration: | Batch: 1633164, Ref:LCPBD ICF LEGAL COPY - | | | |
| 52772862 | 03/08/2013 | LCPBD Legal Copies Disbursement (PBF) | 3.10 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2580 Copies (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1633164, Ref:LCPBD ICF LEGAL COPY - | | | |
| 52859319 | 03/13/2013 | PR Payroll Receipt | 42.18 | | |
| | | 1116 Payroll Receipts | | 42.18 | |
| | | 2506 Copies (PBF) Payable | | | 3.10 |
| | | 2506 Copies (PBF) Payable | | | 15.17 |
| | | 2101 Offender Funds | | | 23.91 |
| | Narration: | Batch: 1633772, Ref:PR UNIT 6 PORTER ICF PPE 2/28 | | | |
| 52988848 | 03/18/2013 | FFD Filing Fee Disbursement | 2.45 | | |
| | | 2101 Offender Funds | | 2.45 | |
| | | 1101 Bank Account | | | 2.45 |
| | Narration: | Batch: 1636938, Ref:Lucas Co. - | | | |
| 52988849 | 03/18/2013 | FFD Filing Fee Disbursement | 6.30 | | |
| | | 2101 Offender Funds | | 6.30 | |
| | | 1101 Bank Account | | | 6.30 |
| | Narration: | Batch: 1636938, Ref:Allen Co. - | | | |
| 53004978 | 03/19/2013 | LCPBD Legal Copies Disbursement (PBF) | 16.40 | | |
| | | 2101 Offender Funds | | 15.16 | |
| | | 2580 Copies (PBF) Payable - Direct | | | 15.16 |
| | Narration: | Batch: 1637645, Ref:LCPBD ICD LEGAL COPY - | | | |
| 53004979 | 03/19/2013 | LCPBD Legal Copies Disbursement (PBF) | 1.70 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2580 Copies (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1637645, Ref:LCPBD ICD LEGAL COPY - | | | |
| 53004980 | 03/19/2013 | LCPBD Legal Copies Disbursement (PBF) | .40 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2580 Copies (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1637645, Ref:LCPBD ICD LEGAL COPY - | | | |

*(handwritten margin notes: "19A-19B", "35")*

*ATTACHMENT E, PAGE 3 OF 4*

# Trust Account Statement

## For the period 05/29/2012 to 05/29/2013

| | | |
|---|---|---|
| MDOC Nbr.: 314630 | Name: Shaykin, Mark Ronald | Current Lock Loc.: 6-096 |
| Birth Date: 01/28/1964 | Location: IONIA CORRECTIONAL FACIL | Jurisdiction Dates: 10/28/2009 | Active: Yes |
| Current Balance: 19.98 | Hold Balance: .00 | Account Dates: 11/19/2010 | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| | | *Trust-Ionia Maximum Caseload* | | |
| | | 2101 Offender Funds | | 20.53 |
| | Narration: | Batch: 1627488, Ref:DER GRIEV. ICF 1209 3112 | | |
| 52577118 | 02/23/2013 | CRT Commissary Regular Transaction | 15.56 | |
| | | 2101 Offender Funds | | 15.56 |
| | | 2501 Payable to Commissary | | 15.56 |
| | Narration: | Batch: 1627595, Ref:100454750-Keefe Debit - | | |
| 52602196 | 02/26/2013 | MEDD Medical Co-Pay Disbursement | 5.00 | |
| | | 2101 Offender Funds | | 5.00 |
| | | 2589 Medical Co-Pay Payable - Direct | | 5.00 |
| | Narration: | Batch: 1628455, Ref:MEDD ICF DOS 12/8/12 - | | |
| 52648720 | 03/01/2013 | PCD Phone Credit Disbursement | 15.00 | |
| | | 2101 Offender Funds | | 15.00 |
| | | 2596 Phone Credit Payable | | 15.00 |
| | Narration: | Batch: 1629962, Ref: - | | |
| 52660139 | 03/04/2013 | FFD Filing Fee Disbursement | 5.00 | |
| | | 2101 Offender Funds | | 5.00 |
| | | 1101 Bank Account | | 5.00 |
| | Narration: | Batch: 1630446, Ref:Toledo Municipal - | | |
| 52681582 | 03/04/2013 | JPAYCD JPay Copy Disbursement | .10 | |
| | | 2101 Offender Funds | | 0.10 |
| | | 2575 JPay Copy Credit Payable | | 0.10 |
| | Narration: | Batch: 1630852, Ref:0002381945-JPAY E-STAMP - | | |
| 52681583 | 03/04/2013 | JPAYCD JPay Copy Disbursement | .10 | |
| | | 2101 Offender Funds | | 0.10 |
| | | 2575 JPay Copy Credit Payable | | 0.10 |
| | Narration: | Batch: 1630852, Ref:0002381946-JPAY E-STAMP - | | |
| 52681584 | 03/04/2013 | JPAYCD JPay Copy Disbursement | .10 | |
| | | 2101 Offender Funds | | 0.10 |
| | | 2575 JPay Copy Credit Payable | | 0.10 |
| | Narration: | Batch: 1630852, Ref:0002381950-JPAY E-STAMP - | | |
| 52681585 | 03/04/2013 | JPAYCD JPay Copy Disbursement | .10 | |
| | | 2101 Offender Funds | | 0.10 |
| | | 2575 JPay Copy Credit Payable | | 0.10 |
| | Narration: | Batch: 1630852, Ref:0002381958-JPAY E-STAMP - | | |
| 52690540 | 03/05/2013 | DER Deduction Exempt Receipt | 5.00 | |
| | | 1125 Miscellaneous Receipts | | 5.00 |
| | | 2101 Offender Funds | | 5.00 |
| | Narration: | Batch: 1630979, Ref:DER MEDD ICF COPAY 12/8 | | |
| 52695703 | 03/05/2013 | REGPD Regular Postage Disbursement | 16.13 | |
| | | 2101 Offender Funds | | 16.13 |
| | | 2583 Postage (State) Payable - Direct | | 16.13 |
| | Narration: | Batch: 1631262, Ref: - | | |
| 52695716 | 03/05/2013 | REGPD Regular Postage Disbursement | 1.72 | |
| | | 2101 Offender Funds | | 1.72 |
| | | 2583 Postage (State) Payable - Direct | | 1.72 |
| | Narration: | Batch: 1631262, Ref: - | | |
| 52712586 | 03/06/2013 | LPOSPBF Legal Postage Disbursement (PBF) | .46 | |
| | | 2101 Offender Funds | | 0.46 |
| | | 2582 Postage (PBF) Payable - Direct | | 0.46 |
| | Narration: | Batch: 1631519, Ref:03-04-13 - | | |
| 52720366 | 03/06/2013 | JPAYCD JPay Copy Disbursement | .10 | |
| | | 2101 Offender Funds | | 0.10 |

ATTACHMENT E, PAGE 4 OF 4

I.C.F.
1576 W. Bluewater Hwy
Ionia, MI – 48846.

RE: G-4801-CR-0200701877-000/ Allen Oliver

To. J. Bernie Quilter, clerk of court for Lucas County
     LUCAS COUNTY COURTHOUSE
     700 ADAMS STREET
     Toledo, OHIO – 43604

Dear Sir/madam,

     I write this to obtain a copy of all documents, motions, the letters in case file G-4801-CR-0200701877-00, or the entire case file.

     Thank You for your time in this matter and I await your reply.

COPY

until Again.
[signature]
1/13/13

78/-3

ATTACHMENT F

Mark R. Shaykin # 314630
Ionina   Correctional Facility
1576 W. Bluewater Hwy.
Ionia, Michigan 48846

July 03, 2012

Lucas County Court of Common Pleas
Clerk of Judge Linda J. Jennings
700 Adams Street
Toledo, Ohio 43604


RE:   State of Ohio v. Allen Oliver
      Case No G-4801-CR-0200701877-000


Dear Clerk of the Court,

    At this time I am requesting  copies of:

    1.   Order finding 8/29/07 Oliver incompetent to stand trial.
    2.   Hearing transcripts of 8/29/07.

    I need these records for post conviction and to prove my innocence.

    Thank you for your time in this matter.


                                        Mark R. Shaykin

ATTACHMENT G, PAGE 1 OF 2



# J. BERNIE QUILTER
## Lucas County Clerk of Courts

LUCAS COUNTY
COURTHOUSE
700 Adams Street
Toledo, Ohio 43604
419/213-4484

ATTACHMENT G, PAGE 2 OF 2

July 6, 2012

Mark  R. Shaykin, #314630
Ionia Correctional Facility
1576 W. Bluewater  Hwy.
Ionia, Michigan 48846

Re:  S/O v.  Allen Oliver

Dear Mr. Shaykin :

Enclosed please find the order finding Mr. Oliver incompetent to stand trial. As far as the transcript of the hearing you must contact the court reporter for Judge Jennings. Her name is Kendra Lake. Her address is Lucas County Courthouse, 700 Adams Street, Toledo, Ohio 43604.

Yours Truly,

Louis Black
Deputy Clerk

COURT OF APPEALS   •   COURT OF COMMON PLEAS   •   COURT OF DOMESTIC RELATIONS
AUTOMOBILE AND WATERCRAFT CERTIFICATE OF TITLE DEPARTMENTS

James Vance
212 Culver St.
Albion, Michigan 49224

August _____, 2012

FOIA Coordinator
Toledo Police Department
525 N. Erie
Toledo, Ohio 43604

RE: Freedom of Information Act Request, Toledo Police Department, Mark R. Shaykin police file, records section No. 039117-07.

Dear FOIA Coordinator;

I write to request copies of all the following information from Toledo Police Department file/case of Mark R. Shaykin, police file section No. 039117-07.

1. File Notes
2. Field notes
3. Phone logs
4. Supplemental crime reports
5. Evidence technician reports
6. Property receipts
7. Photographs
8. Reports of any other law enforcement agencies involved

I agree to pay any cost associated with this request. Thank you very much.

Very truly yours,

James Vance

ATTACHMENT H

James Vance
212 Culver St.
Albion, Michigan 49224

DATED: _June 2011_
FOIA Coordinator
Adrian Police Department
City of Adrian Law Department
155 E. Maumee St.
Adrain, Michigan 49221

RE: REQUESTING DOCUMENTATION UNDER THE FREEDOM OF
INFORMATION ACT (FOIA), MCL §15.231, ET. SEQ.

Pursuant to the Michigan freedom of information Act, PA 442 of
1976, being MCL §15.231 et. seq., James Vance, hereby make a
request for a copy of the following information pertaining to Mark
Shaykin police file, incident No. 07-007081 which is public
document(s):
The following is being requested under the F.O.I.A. From the
Adrian Police Department,

1.   All in house notes
2.   All other notes
3.   Tx, phone calls
4.   Fax's,
5.   Records
6.   Persons contacted
7.   Places traveled (maps from A.P.D. to location's)
8.   File notes
9.   Time logs. (lead Detective is Greg Lanford).
10.  All evidence from toledo police Department
11.  Field notes
12.  All other information from other law enforcement agencies
     about this case

The incident took place on June 16, 2007 located at 405 College
Ave Apt. E. Adrian Michigan 49221. Police incident No. 07-007081.
The Adrian Police Department in accordance, would be of
"Public Body" as prescribed in MCL 15.232 (b)(1) and such, your
office must comply within the appropriate amount of time (normal
five (5) business days, unless extra time is requested by your
office for an extension of time, see MCL 15.232 (2).  In doing so
pursuant to MCL 15.234, please notify me if there are any cost or
fees within a statement form. Should the material requested be not
available, a certificate indicating same is warrant pursuant to MCL
15.235

Very truly yours,

_James Vance_
James Vance

ATTACHMENT I, PAGE 1 OF 3

Request No._____     Requestor _James Vance_
Date Mailed_____     Address_____

_____

## FOIA RESPONSE FORM

Your recent request for public record(s) under the Michigan Freedom of Information Act ("FOIA"), MCL § 15.231 et. Seq, as amended, is hereby:

◘      Granted, requested record(s) enclosed. Please remit $_____ to cover costs.

◘      Granted, however the cost of responding to your request is estimated to exceed $50.00, therefore a deposit of _____ (1/2 estimated cost) will be required. Upon receipt of your deposit, the requested record(s) will be provided.

◘      Granted, your name will be placed on a subscription list for future issuances of the requested record(s) disseminated on a regular basis. This subscription shall be valid for six (6) months and shall be renewable only upon written request each six (6) months.

◘      Denied, requested record(s) exempt from disclosure for the following reason(s):

     ◘    A public record does not exist under the name given or by another name reasonably known by the FOIA Coordinator.

     ☒    Requested record(s) are of a personal nature and the disclosure of the information would constitute a clearly unwarranted invasion of an individual's privacy. _Personal information redacted_

     ◘    Requested record(s) are investigating records compiled for law enforcement purposes.

     ◘    Requested record(s), if disclosed would prejudice the public body's ability to maintain the physical security of custodial or penal institutions occupied by persons arrested or convicted of a crime or admitted because of a mental disability.

     ◘    Requested record(s) would prevent the body from complying with Section 444 of subpart 4 of part C of the General Education Provisions Act, 20 USC 1232g.

     ◘    Requested record(s) are trade secrets or commercial or financial information voluntarily provided to an agency for developing governmental policy.

     ◘    Requested record(s) are subject to the attorney-client privilege.

     ◘    Requested record(s) are subject to the physician-patient, psychologist-patient, minister, priest, or Christian Science practitioner privilege, or other privilege recognized by statute or court rule.

     ◘    Requested record(s) are a bid or proposal to enter into a contract or agreement prior to the time established for submission or public opening.

     ◘    Requested record(s) are appraisals of real property to be acquired prior to an agreement for purchase, or less than three (3) years after the appraisal date.

     ◘    Requested record(s) are test questions and answers, scoring keys, or other examination instruments.

     ◘    Requested record(s) are medical, counseling, or psychological facts or evaluations which would disclose an individual's identity.

     ◘    Requested record(s) are communications and notes within a public body or between public bodies of an advisory nature to the extent that they cover other than purely factual materials and are preliminary to a final determination of policy or action.

     ◘    Requested record(s) are records of law enforcement communication codes, or plans for deployment of law enforcement personnel.

ATTACHMENT I, PAGE 2 OF 3

⌐     Requested record(s) would reveal the exact location of archaeological sites.

⌐     Requested record(s) are testing data for determining whether bidder's products meet specifications.

⌐     Requested record(s) are records of a campaign committee.

⌐     Requested record(s) are records of a law enforcement agency and identify an informer, identify an undercover officer, disclose personal address or family members, disclose operations, reveal contents of manuals, endanger life of officers, disclose personnel records of officers, or identify residences agency is requested to check on.

⌐     Requested record(s) are records of security measures.

⌐     Requested record(s) are information relating to a civil action in which the requesting party and the public body are parties.

X     Requested record(s) would disclose the social security number of an individual.

X     Granted in part, Denied in part, see above for explanation, record(s) enclosed. Please remit $ 53 to cover costs.

⌐     Due to unusual circumstances, as stated below, we are extending the period to respond to your request by ten (10 business days, your request will be granted, denied, or granted in part and denied in part by_____. (Response Date)

⌐     The need to search for, collect, or appropriately examine or review a voluminous amount of separate and distinct public records pursuant to a single request.

⌐     The need to collect the requested public records from numerous field offices, facilities, or other establishments which are located apart from the particular office receiving or processing the request.

If your request for record(s) is denied, you may submit a written appeal, specifically stating "appeal" and stating the reasons for appeal, to the City Commission, or seek judicial review under Section 10 of the Act within 180 days after the public body's final determination. Within ten (10) days of receiving a request for an appeal, the City Commission shall a) reverse the denial; b) issue a written notice to the requesting person upholding the denial; c) reverse the denial in part and uphold in part by written notice; or d) issue a notice extending by ten (10) business days the time to decide the appeal. The City Commission shall not issue more than one notice of extension for a particular written appeal.

The City Commission is not considered to have received a written appeal until its first regularly scheduled meeting following submission of the written appeal.

If after judicial review, the Circuit Court determines that the public body has not complied fully with the disclosure requirements, the Court shall award reasonable attorney's fees, costs, and disbursements. If the Court determines that the public body has arbitrarily and capriciously violated the Act, the Court shall award punitive damages in the amount of $500.00.

A copy of this request will be kept on file for no less than one (1) year.

Dated 6/30/11

_____
FOIA Coordinator

Ionia corr facility
1576 w. Bluewater Hwy.
Ionia, Michigan - 48846

RE: CASE NO. CR07-2344

ATTACHMENT J

To: J. BERNIE QUILTER, COURT CLERK
Lucas County Court of COMMON PLEAS
700 ADAMS STREET
Toledo, OHIO - 43604

    I am writing to you in regards to
case No. CR07-2344 in obtaining/requesting a
full copy of the case file, Journal/notes case history,
motions filed and Grand Jury Transcripts.
    I hope to receive this information
from You soon and I would like to Thank You
for Your Time.

            UNTIL AGAIN.
            MARK R. BAYKIN #314630
       Dated 1/11/11

C.C. MY file;



# Robert E. Jameson, P.C.
### Attorney at Law

Hand Delivered Clerk's Office Interdepartmental Mailbox

September 15, 2009

Mark Shaykin
Lenawee County Jail
549 N. Winter Street
Adrian, MI 49221

Dear Mr. Shaykin,

Enclosed please find a copy of the transcript from the Preliminary Examination held on 7/29/09 before the Honorable James E. Sheridan.

Should you have any questions please continue to contact my office in writing or if I am available my office will accept a collect call.

Thank you.

Sincerely,

Robert E. Jameson

REJ/lar

Enc

**ATTACHMENT K**



## Robert E. Jameson, P.C.
### Attorney at Law

Hand Delivered Clerk's Office Interdepartmental Mailbox

September 30, 2009

Mark Shaykin
Lenawee County Jail
549 N. Winter Street
Adrian, MI 49221

Dear Mr. Shaykin,

Enclosed please find a copy of a supplemental police report provided by the Prosecutor's Office as of this date.

Should you have any questions please continue to contact my office in writing. Thank you.

Sincerely,

Robert E. Jameson

REJ/lar

Enc

ATTACHMENT L

Jameson Law Building • 526 N. Main Street • Adrian, Michigan 49221
Phone (517) 264-2999 • Fax (517) 265-6642 • E-mail: attyjameson@tc3net.com

ALLEN COUNTY CLERK OF COURTS
ALLEN COUNTY, OHIO

Receipt Type   Non-Case              Outstanding Amount          0.00

Receipt Number   405280                    Receipt Date      03/21/2013

Description   Receipt for: COPIES ISSUED

Action

Judge

Received From   IONIA MAXIMUM CORRECTIONAL FACILITY

On Behalf Of

| | |
|---|---|
| Total Received | 6.30 |
| Net Received | 6.30 |
| Change | 0.00 |

| Receipt Payments | Amount | Reference | Description |
|---|---|---|---|
| Check | 6.30 | 9791 | |

| Receipt Applications | Amount |
|---|---|
| COST | 6.30 |

| Disbursement Accounts | Amount |
|---|---|
| CL FEE - 2 | 6.30 |

Deputy Clerk:        LTHAYER      Transaction Date    03/21/2013
                                                      14:28:35.03

Comments     COPIES FOR MARK SHAYKIN C/O IONIA MAX. CORRECT. FACILITY

ATTACHMENT M

James Vance
212 Culver St.
Albion, MI 49224

August 20, 2013

TO:  Records Section Public Records Office
     Department of Public Operations
     Safety Building
     525 N. Erie Street
     Toledo Ohio 43624-1345

RE:  F.O.I.A Request/Records Section No. 39117-07

Dear FOIA Coordinator,

     I write request copies of all the following information from the Toledo Police Department Records Section No. 039117-07.

1.   All supplemental crime reports from Lt. Ramirez, # 1696 that he was in unit 301 detained suspect Shaykin.

2.   All supplemental crime reports from Detective Culper # 1582.

3.   A copy of all color digital photographs taken of Mr. Shaykin vehicle, items from the back seat of the vehicle as well as items from the truck as it appeared to be parked when Lt. Ramirez, approach the vehicle from 833 Colburn.

4.   A copy of the statement taped/recording of Ashley Clark on 6-25-07/1855 by Det. W. Johnson # 1914.

5.   Arrest report of Allen Oliver (at 833 Colburn or any other address) on 6-17-07; Any agreement Allen Oliver had with Toledo Police in exchange for his statement and or testimony against Mark Shaykin.

                              Very Truly Your's

                              James Vance

ATTACHMENT N, PAGE 1 OF 3



# CITY OF TOLEDO OHIO



## DEPARTMENT OF POLICE OPERATIONS
## SAFETY BUILDING

525 N. Erie Street
Toledo, Ohio 43624-1345

DATE:      September 6, 2013

TO:        DET. WILLIE JOHNSON#1914/ISB-CRIMES
           AGAINSTPERSONS

FROM:      Elizabeth J Durham
           PUBLIC RECORDS CLERK 245-3148

RE:        PUBLIC INFORMATION REQUEST

Attached is a copy of a request for information under the Public
Records Law.  Please forward a copy of any and all records to my attention
in the Records Section Public Records Office.

If you have no records pertaining to this individual or incident, please
indicate below.  Thank you.

    DET. JOHNSON, PLEASE REVIEW THE FOLLOWING REQUEST AND
ADVISE ME AS TO WHAT MAY BE GIVEN OUT. PLEASE FORWARD A COPY
OF ANY CD RECORDINGS.   THANKS, LIZ

____X____ RELEASE ALL SUPPIES ALONG WITH PHOTOS AND CD'S OF
STATEMENTS INDICATED IN REPORT

_____ DO NOT RELEASE BECAUSE _____

_____ REPORTS ENCLOSED

_Det. Willie Johnson_          _9-18-13_
NAME/UNIT                        DATE

# CITY OF TOLEDO OHIO



## DEPARTMENT OF POLICE OPERATIONS
## SAFETY BUILDING

525 N. Erie Street
Toledo, Ohio 43624-1345

*Received 10/10/13*

DATE: September 19, 2013

TO: MARK JOHNSON / ISB-CENTRAL VICEO OFFICE

FROM: Elizabeth J Durham  *3148*
PUBLIC RECORDS CLERK

RE: PUBLIC INFORMATION REQUEST

Attached is a copy of a request for information under the Public
Records Law. Please forward a copy of any and all records to my attention
in the Records Section Public Records Office.

If you have no records pertaining to this individual or incident, please
indicate below. Thank you.

CD-ROM OF INCIDENT # 039117-07    MARK SHAYKIN

_____ NO REPORTS AVAILABLE

___X___ *CD-R* REPORTS ENCLOSED

*RK NAVARRO 1613*
_____
NAME/UNIT

*9/24/13*
_____
DATE

ATTACHMENT N, PAGE 3 OF 3

Mark R. Shaykin 314630
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48048

May _16_, 2015


Clerk of the Court
United States District Court
231 West Lafayette Blvd.
Detroit, MI 48226

Re: Shaykin v. Romanowski, No. 14-cv-13399-LJM-DRG

Dear Clerk:

Enclosed please find for filing in this matter the original
and Judge's copy of my Petitioner's Supplemental Affidavit in
Opposition to Respondent's Motion for Summary Judgment with
supporting attachments and proof of service. Thank you very
much.

Very truly yours,

Mark R. Shaykin

Encls.

cc: Timothy C. Erickson


### PROOF OF SERVICE

        I swear and declare on penalty of perjury that on May _16_,
2015 I served a copy of Petitioner's Supplemental Affidavit
in Opposition to Respondent's Motion for Summary Judgment with
supporting attachments on Timothy C. Erickson, Assistant Attorney
General, at P O Box 30217, Lansing, MI 48909, by first class
mail via the Michigan Department of Corrections Expedited Legal
Mail service.

                        Mark R. Shaykin

MARK Shaykin #314630
MACOMB correctional Facility
34625 26 Mile Rd
New Haven, MI - 48048



02 1M
0004273525
MAILED FROM ZIP CODE 48048

$ 02.96⁰
JUN 16 2015

Clerk of THE COURT
UNITED STATES COURT
231 WEST LAFAYETTE Blvd.
Detroit, Michigan
48226